IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL FILE NO. |
| v. | 1:07-CR-325-1-TWT |
| ANTHONY HICKS, | |
| Defendant. | |

### ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 23] of the Magistrate Judge recommending granting in part and denying in part the Defendant's Motion to Suppress [Doc. 21]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Suppress [Doc. 21] is GRANTED in part and DENIED in part.

SO ORDERED, this 10 day of April, 2008.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge